**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

JACOB FLIPPO,

    Plaintiff,

      v.

STELLAR RECOVERY, INC.,

    Defendant.

---

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
(Unlawful Debt Collection Practices)**

---

**PLAINTIFF'S COMPLAINT**

Plaintiff, JACOB FLIPPO (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against STELLAR RECOVERY, INC. (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Fredericksburg, Virginia.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency within a business office in Denver, Colorado.

11. Defendant is a debt collection law firm that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff (804-382-1238) seeking and demanding payment for an alleged debt.

13. Defendant places telephone calls without meaningful disclosure of the caller's identity.

14. Defendant threatened legal action against Plaintiff.

15. Defendant threatened to call Plaintiff's command post in an attempt to shame Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiff in connection with the collection of a debt at a time or place known or which should be known to be inconvenient to Plaintiff.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

   d. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   e. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

   f. Defendant violated *§1692e(10)* of the FDCPA using false and deceptive means in an attempt to collect a debt.

   g. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in

subsequent communications that the communication is from a debt collector.

WHEREFORE, Plaintiff, JACOB FLIPPO, respectfully requests judgment be entered

against Defendant, STELLAR RECOVERY, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, JACOB FLIPPO, requests a jury trial in this case.

DATED: February 8, 2010               KROHN & MOSS, LTD.

                                      By: /s/ Michael S. Agruss
                                           Michael S. Agruss, Esq.
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401
                                           Los Angeles, CA 90025
                                           Tel: 323-988-2400 x229
                                           Fax: 866-583-3695
                                           magruss@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF VIRGINIA

Plaintiff, JACOB FLIPPO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JACOB FLIPPO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 7 0|0 0 2 0 8

_____
JACOB FLIPPO

5

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

02/08/2010  14:26   5406571062   NRS STAFFORD   PAGE  01/01